**Dismissed and Opinion Filed October 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00553-CV

**VIZAO TTH PARTNERS II, L.P., AND 7222 FAIR OAKS AVENUE, DALLAS, TEXAS, IN REM, Appellants**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-02891**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Francis, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellants' unopposed motion to dismiss appeal. *See* TEX. R. APP. P. 42.1(a). Appellants state, in part, they no longer wish to pursue the appeal because they have resolved their differences with appellee. We grant the motion and dismiss the appeal. *See id.*

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

170553F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VIZAO TTH PARTNERS II, L.P., AND
7222 FAIR OAKS AVENUE, DALLAS,
TEXAS, IN REM, Appellants

No. 05-17-00553-CV          V.

CITY OF DALLAS, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-02891.
Opinion delivered by Chief Justice Wright.
Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Based on the parties' agreement, we **ORDER** each party bear its own costs of the appeal.

Judgment entered October 18, 2017.